IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALTER A. MCCULLOUGH
ADC #91861                                                          PLAINTIFF

v.                      No. 4:22-cv-776-DPM-JTK

DEXTER PAYNE, Director, Arkansas
Department of Correction; BRANCH,
Deputy Warden, Pine Bluff Unit, ADC;
MARY COBBS, Major, Pine Bluff Unit,
ADC; JUSTINE MINOR, Disciplinary
Hearing Officer, Arkansas Department
of Correction; C. STEWART, Grievance
Coordinator, Pine Bluff Unit, ADC; and
J. ARMOUR, CO II, Arkansas
Department of Correction                                         DEFENDANTS

ORDER

McCullough paid the $402 filing fee. *Doc. 4.* The Court therefore declines the Magistrate Judge's recommendation, *Doc. 3*, and returns the case for further proceedings.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2022