IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALTER A. MCCULLOUGH
ADC #91861                                                                                    PLAINTIFF

v.                          No. 4:22-cv-776-DPM

DEXTER PAYNE, Director, Arkansas Department
of Correction; BRANCH, Deputy Warden, Pine
Bluff Unit, ADC; MARY COBBS, Major, Pine
Bluff Unit, ADC; JUSTINE MINOR, Disciplinary
Hearing Officer, Arkansas Department of
Correction; C. STEWART, Grievance Coordinator,
Pine Bluff Unit, ADC; and J. ARMOUR, CO II,
Arkansas Department of Correction                                           DEFENDANTS

ORDER

McCullough's motion for a status update, *Doc. 9*, is granted. Magistrate Judge Kearney's 16 December 2022 recommendation remains under advisement. The Court has received no objection from McCullough. In light of the medical transfer McCullough describes in *Doc. 9*, the Court extends the objection period to 31 January 2023.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2023