IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALTER A. MCCULLOUGH
ADC #91861                                                                      PLAINTIFF

v.                           No. 4:22-cv-776-DPM

DEXTER PAYNE, Director, Arkansas
Department of Correction; BRANCH,
Deputy Warden, Pine Bluff Unit, ADC;
MARY COBBS, Major, Pine Bluff Unit,
ADC; JUSTINE MINOR, Disciplinary
Hearing Officer, Arkansas Department
of Correction; C. STEWART, Grievance
Coordinator, Pine Bluff Unit, ADC; and
J. ARMOUR, CO II, Arkansas
Department of Correction                                                        DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, Doc. 8, and overrules McCullough's objections, Doc. 13. Fed. R. Civ. P. 72(b)(3). McCullough's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[Signature]*
D.P. Marshall Jr.
United States District Judge

11 April 2023