IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALTER A. MCCULLOUGH
ADC #91861                                                                                    PLAINTIFF

v.                            No. 4:22-cv-776-DPM

DEXTER PAYNE, Director, Arkansas
Department of Correction; BRANCH,
Deputy Warden, Pine Bluff Unit, ADC;
MARY COBBS, Major, Pine Bluff Unit,
ADC; JUSTINE MINOR, Disciplinary
Hearing Officer, Arkansas Department
of Correction; C. STEWART, Grievance
Coordinator, Pine Bluff Unit, ADC; and
J. ARMOUR, CO II, Arkansas
Department of Correction                                                                 DEFENDANTS

## JUDGMENT

McCullough's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 April 2023